| 1 | AKIN GUMP STRAUSS HAUER & FELD LLP
MICHAEL J. STORTZ (SBN 129386)
mstortz@akingump.com
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415-765-9500
Facsimile: 415-765-9501

AKIN GUMP STRAUSS HAUER & FELD LLP
MARSHALL L. BAKER (SBN 300987)
mbaker@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
Telephone: 310.229.1000
Facsimile: 310.229.1001

Attorneys for Defendant
Comcast Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SOARES,<br><br>Plaintiff,<br>v.<br><br>TransUnion, LLC, Comcast Corporation,<br><br>Defendants. | Case No. 2:18-cv-02131-TLN-GGH<br><br>[Assigned to Hon. Troy L. Nunley]<br><br>**STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE [CIVIL LOCAL RULE 144]; ORDER**<br><br>Date Action Filed: August 3, 2018 |

Pursuant to Civil Local Rule 144, Plaintiff Samuel Soares ("Plaintiff") and Defendant Comcast Corporation ("Comcast") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate to a short two-week extension of Comcast's time to file a responsive pleading to Plaintiff's Complaint (Dkt. No. 1) (the "Complaint") as follows:

WHEREAS, Plaintiff filed his Complaint on August 3, 2018;

WHEREAS, Comcast was served with the Complaint on or about August 15, 2018;

WHEREAS, pursuant to Local Rule 144, the Parties through counsel stipulated to extend Comcast's responsive pleading deadline to and including October 2, 2018 (*see* Dkt. No. 11);

WHEREAS, no further extensions have been requested by the Parties or ordered by the Court;

WHEREAS, Comcast is still investigating the claims asserted in the Complaint, and the Parties through counsel have met and conferred and agreed to a brief two-week extension of Comcast's responsive pleading deadline; and

WHEREAS, the brief extension of time requested herein does not otherwise alter any date or deadline already set by the Court.

THEREFORE, IT IS HEREBY STIPULATED by the Parties through their respective counsel that the deadline for Comcast to file a responsive pleading to the Complaint is continued to and including October 16, 2018.

Dated: September 27, 2018	AKIN GUMP STRAUSS HAUER & FELD LLP

By	*/s/ Marshall L. Baker*
Michael J. Stortz
Marshall L. Baker
Attorneys for Defendant
Comcast Corporation

Dated: September 27, 2018	SAGARIA LAW, P.C.

By */s/ Scott Sagaria (as authorized on 9/27/18)*
Scott Sagaria
Elliot Gale
Attorneys for Plaintiff
Samuel Soares

/ / /

# ORDER

**IT IS SO ORDERED**.

DATED: September 27, 2018

_____
Troy L. Nunley
United States District Judge